UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81446-CIV-CANNON

**KINSALE INSURANCE COMPANY**,

    Plaintiff,
v.

**MATA CHORWADI, INC.** and
**ANTHONY VARONE**,

    Defendants.

_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon Defendants' Joint Motion to Dismiss [ECF No. 19], filed on November 28, 2022.  On March 16, 2023, following referral [ECF No. 26], Magistrate Judge Reinhart issued a Report recommending that the Motion be granted in part and denied in part [ECF No. 27].  Specifically, Judge Reinhart recommends that the Motion be denied as to Counts I and II and granted as to Count III [ECF No. 27 p. 4].  Judge Reinhart further recommends that Plaintiff be given one final opportunity to replead Count III [ECF No. 27 p. 4]. Defendants and Plaintiff filed Notices of Non-Objection to the Report on March 21, 2023 [ECF Nos. 28, 29].  The Court has reviewed the Motion [ECF No. 19], the Report [ECF No. 27], the entire record, and is otherwise advised in the premises.

Upon review, the Court finds the Report to be well-reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    The Report and Recommendation [ECF No. 27] is **ACCEPTED**.

CASE NO. 22-81446-CIV-CANNON/Reinhart

2. Defendants' Motion to Dismiss [ECF No. 19] is **GRANTED IN PART AND DENIED IN PART**.

   a. Defendants' Motion to Dismiss is **DENIED** as to Counts I and II and **GRANTED** as to Count III.

3. Plaintiff will have **one final opportunity** to file an Amended Complaint that is consistent with the Report [ECF No. 27], but any such Amended Complaint must be filed on or before **April 7, 2023**. Plaintiff is reminded that the filing of an Amended Complaint supersedes and replaces the original complaint. *See Reynolds v. Behrman Cap. IV L.P.*, 988 F.3d 1314, 1319 (11th Cir.), *cert. denied*, 142 S. Ct. 239 (2021).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 24th day of March 2023.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record